IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY THOMAS,                            No. C 11-5613 SI

        Petitioner,                   **ORDER TO SHOW CAUSE AND SETTING EXPEDITED BRIEFING AND HEARING SCHEDULE**

  v.

UNITED STATES PAROLE COMMISSION,

        Respondent.
                                            /

      Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition alleges that petitioner accepted an offer from the United States Parole Commission to waive his right to a federal parole-revocation hearing in exchange for release from custody on November 20, 2011. The petition alleges that petitioner was not released from custody on November 20, 2011, and that the Commission is holding petitioner in custody unconstitutionally. Petitioner requests that the Court issue a writ of habeas corpus and order the Commission to immediately release petitioner.

      The Court finds that the claims raised in the petition are cognizable in a federal habeas action. The Clerk shall serve by certified mail a copy of this order, the petition and all attachments thereto upon United States Parole Commission, respondent, and on respondent's attorney, the Attorney General of the United States and on the United States Attorney for the Northern District of California. The Clerk shall also serve a copy of this order on petitioner and petitioner's counsel at the mailing address provided.

      In light of petitioner's request for immediate release, the Court finds it appropriate to set an

expedited briefing and hearing schedule. Respondent shall file an answer to the petition no later than **December 5, 2011**, and petitioner may file a reply by **December 7, 2011**. The Court will hold a hearing on the petition on **December 9, 2011** at **9:00 a.m.**

**IT IS SO ORDERED.**

Dated: November 28, 2011

SUSAN ILLSTON
United States District Judge