1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   ANGELA M. HANSEN
3  Assistant Federal Public Defenders
   555 - 12th Street
4  Suite 650
   Oakland, CA 94607-3627
5  Telephone:  (510) 637-3500

6  Counsel for Petitioner RICKY THOMAS

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   RICKY THOMAS,                      )   No. C 11-5613 SI
12                                    )
             Petitioner,              )   **[PROPOSED] ORDER ADDING**
13                                    )   **RESPONDENT, GRANTING HABEAS**
   vs.                                )   **PETITION AND ORDERING**
14                                    )   **PETITIONER'S IMMEDIATE RELEASE**
   UNITED STATES PAROLE               )
15 COMMISSION,                        )
                                      )
16           Respondent.              )
   _____)
17

18       Petitioner Ricky Thomas petitioned the Court for a writ of habeas corpus and order

19 directing respondent United States Parole Commission ["the Commission"] to release him from

20 custody immediately based on his written agreement with the Commission that Mr. Thomas

21 would waive his constitutional and statutory right to a parole-revocation hearing in exchange for

22 a parole date of November 20, 2011.  The Commission did not release Mr. Thomas from jail on

23 November 20 as provided in the agreement.  He remains incarcerated, under the legal

24 jurisdiction of the Commission, in the Alameda County Jail, Santa Rita ["Santa Rita"].

25       After argument on the petition on December 9, 2011, the Court hereby ORDERS:

26       1.    Mr. Thomas' petition shall be amended to add as respondent Warden Sheriff

THOMAS [PROPOSED] ORDER                  1

1  Gregory J. Ahern, warden of Santa Rita, where he is incarcerated. *See* Fed. R. Civ. P. 21
2  (providing that the court "may at any time, on just terms, add or drop a party");
3      2.    The petition shall be granted;
4      3.    Mr. Thomas shall be released immediately from Santa Rita and shall report
5  promptly to the United States Probation Office in the Northern District of California.
6      This order is directed to the United States Parole Commission and the Alameda County
7  Sheriff, 5325 Broder Boulevard, Dublin, California 94568.
8      IT IS SO ORDERED.
9  Date: December 9, 2011

                                                                                          _____
                                                                                          THE HONORABLE SUSAN ILLSTON
                                                                                          United States District Judge