BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
ANGELA M. HANSEN
Assistant Federal Public Defenders
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Petitioner RICKY THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY THOMAS, ) | No. C 11-5613 SI |
| ) | |
| Petitioner, ) | **[PROPOSED] ORDER ADDING** |
| ) | **RESPONDENT, GRANTING HABEAS** |
| vs. ) | **PETITION AND ORDERING** |
| ) | **PETITIONER'S IMMEDIATE RELEASE** |
| UNITED STATES PAROLE ) | |
| COMMISSION, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

     Petitioner Ricky Thomas petitioned the Court for a writ of habeas corpus and order directing respondent United States Parole Commission ["the Commission"] to release him from custody immediately based on his written agreement with the Commission that Mr. Thomas would waive his constitutional and statutory right to a parole-revocation hearing in exchange for a parole date of November 20, 2011.  The Commission did not release Mr. Thomas from jail on November 20 as provided in the agreement.  He remains incarcerated, under the legal jurisdiction of the Commission, in the Alameda County Jail, Santa Rita ["Santa Rita"].

     After argument on the petition on December 9, 2011, the Court hereby ORDERS:

     1.    Mr. Thomas' petition shall be amended to add as respondent Warden Sheriff

1 | Gregory J. Ahern, warden of Santa Rita, where he is incarcerated.  *See* Fed. R. Civ. P. 21

2 | (providing that the court "may at any time, on just terms, add or drop a party");

3 |   2.  The petition shall be granted;

4 |   3.  Mr. Thomas shall be released immediately from Santa Rita and shall report

5 | promptly to the United States Probation Office in the Northern District of California.

6 |   This order is directed to the United States Parole Commission and the Alameda County

7 | Sheriff, 5325 Broder Boulevard, Dublin, California 94568.

8 |   IT IS SO ORDERED.

9 | Date: December 9, 2011

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

THOMAS [PROPOSED] ORDER    2