IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY THOMAS, | No. C 11-5613 SI |
| Petitioner, | **ORDER CLOSING CASE** |
| v. | |
| U.S. PAROLE COMMISSION, | |
| Respondent. | |

On December 9, 2011, the Court ordered respondent to release petitioner from custody. The parties have informed the Court that petitioner has been released from custody. Accordingly, the Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: February 1, 2012

SUSAN ILLSTON
United States District Judge